No. 218. CARDILLO v. UNITED STATES; and
No. 221. MARGOLIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Frances Kahn* for petitioner in No. 218. *Joseph P. Altier* for petitioner in No. 221. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States. Reported below: 316 F. 2d 606.

No. 222. EISTRAT v. IRVING LUMBER & MOULDING, INC., ET AL. District Court of Appeal of California, Fifth Appellate District. Certiorari denied.

No. 224. TUFARO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Albert J. Krieger* and *Theodore Krieger* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 226. GABBS EXPLORATION Co. v. UDALL, SECRETARY OF THE INTERIOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Frederick Bernays Wiener, Fred H. Evans* and *Charles F. Stewart* for petitioner. *Solicitor General Cox, S. Billingsley Hill* and *Thomas L. McKevitt* for respondent.

No. 229. WEBER v. NEW YORK. C. A. 2d Cir. Certiorari denied. *Jerome J. Londin* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Samuel A. Hirshowitz,* First Assistant Attorney General, for respondent.